**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6795**

———————

JIMMIE LEE CATO,

                                    Plaintiff - Appellant,

        versus

GREGORY BONDURANT, Officer; JOHNSON, Officer;
RONALD CORRIVEAU; HATFIELD, Officer; UNITED
STATES OF AMERICA,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:05-cv-00070-GEC)

———————

Submitted: October 17, 2006          Decided: October 19, 2006

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmie Lee Cato, Appellant Pro Se. Thomas Linn Eckert, Assistant
United States Attorney, Roanoke, Virginia, for  Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmie Lee Cato appeals the district court's orders denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cato v. Bondurant, No. 7:05-cv-00070-GEC (W.D. Va. Feb. 2 & Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED